THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-7155
        Facsimile: (213) 894-2380
        E-mail: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED

2009 FEB 25 PM 3:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*) [UNDER SEAL], | NO. CV 07-01984 PSG (MANx) |
| Plaintiffs, | |
| v. | |
| [UNDER SEAL], | |
| Defendants. | |

NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT]

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California  90012
        Telephone: (213) 894-7155
        Facsimile: (213) 894-2380
        E-mail: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NYOKA LEE and TALALA MSHUJA, | NO. CV 07-01984 PSG (MANx) |
| Plaintiffs, | NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION |
| v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| CORINTHIAN COLLEGES; ERNST & YOUNG LLP; DAVID MOORE; JACK D. MASSIMINO; PAUL ST. PIERRE; ALICE T. KANE; LINDA A. SKLADANY; HAND ALDER; TERRY O. HARTSHORN; and DOES 1 through 500, inclusive, | [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT] |
| Defendants. | |

//

//

//

1    Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2),

2  (b)(4) and (c)(3), the United States of America (the "Government"),

3  by the undersigned attorneys, hereby notifies the Court that, at

4  this time, the Government elects to decline to intervene and take

5  over this action.

6    Although it declines to intervene, the Government respectfully

7  refers the Court to 31 U.S.C. § 3730(b)(1), which allows the

8  relators to maintain the action in the name of the United States;

9  providing, however, that the "action may be dismissed only if the

10  court and the Attorney General give written consent to the

11  dismissal and their reasons for consenting."  Id.  The United

12  States Court of Appeals for the Ninth Circuit has held that,

13  notwithstanding this language, the Government only has the right to

14  a hearing when it objects to a settlement or dismissal of the

15  action.  U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th

16  Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d

17  715, 723-25 (9th Cir. 1994).  Therefore, the Government requests

18  that, should either the relators or the defendants propose that

19  this action be dismissed, settled, or otherwise discontinued, this

20  Court provide the Government with notice and an opportunity to be

21  heard before ruling or granting its approval.

22    In addition, pursuant to 31 U.S.C. § 3730(c)(3), the

23  Government hereby requests that the parties serve the Government,

24  through its undersigned counsel, with copies of all pleadings and

25  papers filed in the action.  The Government also requests that it

26  be served with copies of all orders filed in the action, and all

27  papers lodged in the action.  The Government notes that 31 U.S.C. §

28  3730(c)(3) permits the Government to be supplied with copies of all

1  deposition transcripts at the Government's expense, but the

2  Government currently declines to request that it be served with

3  deposition transcripts.  Pursuant to 31 U.S.C. § 3730(c)(3), the

4  Government reserves its right to intervene in this action at a

5  later time upon a showing of good cause.

6      Finally, the Government requests that, of the pleadings and

7  papers filed or lodged with the Court to date, only the following

8  documents be unsealed and served on the defendants: (i) the

9  Complaint; (ii) this Notice; and (iii) the Court's Order Re United

10 States' Election to Decline Intervention and Unsealing of

11 Complaint.  All other documents currently contained in the Court's

12 file should remain under seal and not be served on the defendants

13 or otherwise made public because in discussing the content and

14 extent of the Government's investigation, such papers are provided

15 to the Court for the sole purpose of evaluating whether the seal

16 and time for making an election to intervene should be extended.

17     Respectfully presented to the Court with this Notice is a

18 proposed Order that implements these requests.

19

20 DATED: February 24, 2009        Respectfully submitted,

21                                 THOMAS P. O'BRIEN
                                   United States Attorney
22                                 LEON W. WEIDMAN, AUSA
                                   Chief, Civil Division
23                                 GARY PLESSMAN, AUSA
                                   Chief, Civil Fraud Section
24
                                   By:_____
25                                    ABRAHAM MELTZER
                                   Assistant United States Attorney
26                                 Attorneys for the
                                   United States of America
27

28

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **February 25, 2009**, I served

**NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **February 25, 2009**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

**SEE ATTACHED.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **February 25, 2009** at Los Angeles, California.

_Carol M. Ybarra_

CAROL M. YBARRA

1

SERVICE LIST

2

3  Mark I. Labaton, Esq.
   Kreindler & Kreindler LLP
4  707 Wilshire Boulevard
   Suite 4100
5  Los Angeles, CA 90017

6  Scott D. Levy, Esq.
   Law Offices of Scott D. Levy
7  P.O. Box 540564
   Houston, TX 77254-0564
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28