BRAD D. BRIAN (State Bar No. 079001)
Brad.Brian@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
Blanca.Young@mto.com
HEATHER E. TAKAHASHI (State Bar No. 245845)
Heather.Takahashi@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
CORINTHIAN COLLEGES INC., DAVID MOORE,
JACK D. MASSIMINO, PAUL ST. PIERRE, ALICE
T. KANE, LINDA A. SKLADANY, HANK ADLER,
TERRY O. HARTSHORN

E-FILED 12/11/09
(CLOSED)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES INC., et al.<br><br>Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>**[PROPOSED] JUDGMENT**<br><br>The Honorable Philip S. Gutierrez |

1    This action having come before the Court, The Honorable Philip S.
2    Gutierrez, District Judge, presiding, and the issues having been duly heard and a
3    decision having been duly rendered,
4    It is ORDERED AND ADJUDGED that Plaintiffs take nothing and
5    that the action be dismissed with prejudice.
6    Dated at Los Angeles, California, this __11th_____ day of
7    December, 2009.

_____
Philip S. Gutierrez
United States District Judge

Respectfully submitted,

DATED: December 11, 2009          MUNGER, TOLLES & OLSON LLP

By: ___/s/ Heather E. Takahashi___
         HEATHER E. TAKAHASHI

Attorneys for Defendants
CORINTHIAN COLLEGES INC.,
DAVID MOORE, JACK D.
MASSIMINO, PAUL ST. PIERRE,
ALICE T. KANE, LINDA A.
SKLADANY, HANK ADLER, TERRY
O. HARTSHORN

**CERTIFICATE OF SERVICE BY MAIL**

I, Lori Cruz, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

2. On December 11, 2009, I served a true copy of the attached document entitled:

**[PROPOSED] JUDGMENT**

by placing it in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses shown below on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices:

Scott D. Levy  
Scott D. Levy Law Offices  
1844 Wheeler Street  
Houston, TX 77004

Hilary B. Taylor  
Kreindler & Kreindler  
100 Park Avenue  
New York, NY 10017

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2009, at Los Angeles, California.

_____  
Lori Cruz