BRAD D. BRIAN (State Bar No. 079001)
Brad.Brian@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
Blanca.Young@mto.com
RICHARD C. CHEN (State Bar No. 270715)
Richard.Chen@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
CORINTHIAN COLLEGES INC., DAVID MOORE,
JACK D. MASSIMINO

## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CORINTHIAN COLLEGES INC., et al.<br><br>                    Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CORINTHIAN COLLEGES INC., DAVID MOORE, AND JACK D. MASSIMINO'S  MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; DECLARATION OF BLANCA F. YOUNG IN SUPPORT THEREOF**<br><br>Date:     April 2, 2012<br>Time:     1:30 p.m.<br>Place:    Courtroom 880<br>Judge:    Hon. Philip S. Gutierrez |

1         Pursuant to Federal Rule of Evidence 201, Defendants Corinthian Colleges,

2   Inc., David Moore, and Jack D. Massimino hereby request that the Court take

3   judicial notice of the following exhibit in support of their concurrently filed Motion

4   to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).  Rule

5   201 provides that a court may take judicial notice of facts that are "not subject to

6   reasonable dispute" in that they are either (1) "generally known within the

7   territorial jurisdiction of the trial court," or (2) "capable of accurate and ready

8   determination by resort to sources whose accuracy cannot reasonably be

9   questioned."  Fed. R. Evid. 201(b).  Additionally, a court may take judicial notice

10   of "matters of public record."  *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th

11   Cir. 2001).

12         **Exhibit A** – Exhibit A is a true and correct copy of an April 3, 1996 letter

13   from the U.S. Department of Education providing interpretive guidance on whether

14   two proposed payment plans were consistent with the Higher Education Act.

15   Under the cover letter attached as Exhibit B hereto, the document was produced to

16   Defendants' counsel pursuant to a Freedom of Information Act request.  Exhibit A

17   appears on Department of Education letterhead with the signature of then-Deputy

18   Director Brian Kerrigan.  Accordingly, the existence of the letter and its contents

19   are "not subject to reasonable dispute" because they are "capable of accurate and

20   ready determination by resort to sources whose accuracy cannot reasonably be

21   questioned."

22         Furthermore, the letter is a matter of public record.  Courts regularly take

23   judicial notice of such "documents that are administered by or publicly filed with

24   [an] administrative agency."  *Tovar v. Midland Credit Management*, 2011 WL

25   1431988, at *2 (S.D. Cal. Apr. 13, 2011) (taking judicial notice of Department of

26   Education comments on proposed changes to FCC regulations, and letters received

27   by the FCC); *see also N.W. Envtl. Advocates v. EPA*, 537 F.3d 1006, 1026-27 (9th

28   Cir. 2008) (taking judicial notice of contents of EPA's request for public comment);

1 | *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d 1153, 1155 n.4

2 | (C.D. Cal. 2006) (taking judicial notice of various opinion letters from federal and

3 | state regulatory agencies regarding the legality of a proposed tip-pooling

4 | arrangement).  Accordingly, Exhibit A is properly subject to judicial notice.

5 |

6 | DATED: January 20, 2012                    MUNGER, TOLLES & OLSON LLP

7 |

8 |                                            By:   */s/ Blanca F. Young*

9 |                                                      BLANCA F. YOUNG

10 |                                           Attorneys for Defendants
    |                                           CORINTHIAN COLLEGES INC.,
    |                                           DAVID MOORE, JACK D.
11 |                                           MASSIMINO

## DECLARATION OF BLANCA F. YOUNG

I, Blanca F. Young, state and declare as follows:

1.     I am a partner with the law firm of Munger, Tolles & Olson LLP and am counsel of record for Defendants Corinthian Colleges Inc., David Moore, and Jack D. Massimino.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.     The document attached to this Request for Judicial Notice as Exhibit A is a true and correct copy of an April 3, 1996 letter from the U.S. Department of Education ("DOE") produced to my firm by DOE  in response to a Freedom of Information Act ("FOIA") request.

3.     The FOIA request was prepared at my direction and with my oversight, and I personally reviewed the documents produced by DOE in response to that request.  The document attached to this Request for Judicial Notice as Exhibit B is a true and correct copy of a cover letter my firm received on or around February 26, 2009 responding to our FOIA request and enclosing the production that included the April 3, 1996 letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 19th day of January 2012 at San Francisco, California.

_____
Blanca F. Young

- 3 -