Blanca F. Young; Achyut J. Phadke
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000; Fax: (415) 512-4077

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States ex rel. Lee, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 07-cv-01984 PSG (MANx) |
| v. | |
| Corinthian Colleges Inc., et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

Application to File Under Seal Certain Exhibits to Declaration of Achyut J. Phadke; Declaration of Achyut J. Phadke in Support of Defendants Corinthian Colleges, Inc., David Moore, and Jack D. Massimino's Motion to Dismiss; Declaration of Stacey Handley in Support of Application to File Under Seal; [Proposed] Order; POS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Application and related proposed order required to be manually filed

| January 14, 2013 | /s/ Blanca F. Young |
|---|---|
| Date | Attorney Name |
| | Dfts. Corinthian Colls., Inc.; Moore; and Massimino |
| | Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)   NOTICE OF MANUAL FILING