O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 07-1984 PSG (MANx) | Date | February 7, 2013 |
|---|---|---|---|
| Title | United States of America *ex rel.* Nyoka Lee, *et al.* v. Corinthian Colleges, *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | | |
|---|---|---|---|
| Wendy K. Hernandez | | Not Present | n/a |
| Deputy Clerk | | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) MINUTE ORDER regarding attempted *ex parte* communication**

      On February 7, 2013, United States Congresswoman Maxine Waters sent an *ex parte* letter to this Court regarding *United States of America ex rel. Nyoka Lee, et al. v. Corinthian Colleges, et al.* The Court has discrepancied the *ex parte* letter with the instruction to the clerk's office not to file it. Further, the Court did not read the *ex parte* letter. *See Judicial Conference of the United States, Code of Conduct for United States Judges,* Canon 3(A)(4) ("A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law. Except as set out below, a judge should not initiate, permit, or consider ex parte communications or consider other communications concerning a pending or impending matter that are made outside the presence of the parties or their lawyers. If a judge receives an unauthorized ex parte communication bearing on the substance of a matter, the judge should promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested.").