| | |
|---|---|
| 1 | BLANCA F. YOUNG (State Bar No. 217533) |
| 2 | Blanca.Young@mto.com |
|   | ACHYUT J. PHADKE (State Bar No. 261567) |
| 3 | Achyut.Phadke@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street |
| 5 | Twenty-Seventh Floor |
| 6 | San Francisco, California 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 7 | Facsimile: (415) 512-4077 |
| 8 | |
|   | Attorneys for Defendants |
| 9 | Corinthian Colleges Inc., David Moore, |
| 10 | and Jack D. Massimino |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| United States ex rel. Nyoka Lee, et al., | Case No. 07-cv-01984 PSG (MANx) |
| Plaintiff, | **CORRECTED DECLARATION OF ACHYUT J. PHADKE IN SUPPORT OF DEFENDANTS CORINTHIAN COLLEGES INC., DAVID MOORE, AND JACK D. MASSIMINO'S MOTION TO DISMISS** |
| vs. | |
| Corinthian Colleges Inc., et al., | |
| Defendants. | [Filed in Support of Notice of Motion and Motion to Dismiss with attached Memorandum of Points and Authorities] |
| | Judge: Honorable Philip S. Gutierrez |
| | Courtroom: 880 |
| | Date: March 11, 2013 |
| | Time: 1:30 p.m. |

**EXHIBITS G-K FILED UNDER SEAL**

1                 I, Achyut J. Phadke, hereby declare:

2         1.     I am an attorney in the law firm of Munger, Tolles & Olson, LLP, counsel of record for Defendants Corinthian Colleges Inc. (the "School") and David Moore and Jack D. Massimino (the "Individual Defendants"). I am an attorney duly admitted to practice in the State of California and before this Court in the above-captioned matter. I have personal knowledge of the matters set forth herein and if called upon to do so, I could and would testify competently thereto under oath.

        2.     I make this declaration in support of the School and Individual Defendants' Rule 12(b)(1) Motion to Dismiss.

        3.     Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the December 17, 2012 deposition of Relator Nyoka Lee ("Lee Deposition").

        4.     Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of the December 18, 2012 deposition of Relator Talala Mshuja ("Mshuja Deposition").

        5.     Attached hereto as Exhibit C is a true and correct copy of a document entitled "Privilege Log," electronically mailed by Relators to the School and Individual Defendants on December 10, 2012.

        6.     Attached hereto as Exhibit D is a true and correct copy of a document entitled "Plaintiff's Initial Disclosures," electronically mailed by Relators to the School and Individual Defendants on September 10, 2012.

        7.     Attached hereto as Exhibit E is a true and correct copy of "Relator Nyoka Lee's Objections and Responses to Defendants Corinthian Colleges, Inc., David Moore, and Jack D. Massimino's Interrogatories to Relator Nyoka Lee – Set One, Dated November 9, 2012 (7 Items)," electronically mailed by Relators to the School and Individual Defendants on December 10, 2012.

        8.     Attached hereto as Exhibit F is a true and correct copy of

1  "Relator Talala Mshuja's Objections and Responses to Defendants Corinthian
2  Colleges, Inc., David Moore and Jack D. Massimino's Interrogatories to Relator
3  Talala Mshuja – Set One, Dated November 9, 2012 (7 Items)," electronically mailed
4  by Relators to the School and Individual Defendants on December 10, 2012.

        9.    Attached hereto as Exhibit G is a true and correct copy of Exhibit 5 to the Lee Deposition.

        10.    Attached hereto as Exhibit H is a true and correct copy of Exhibit 6 to the Lee Deposition.

        11.    Attached hereto as Exhibit I is a true and correct copy of Exhibit 7 to the Lee Deposition.

        12.    Attached hereto as Exhibit J is a true and correct copy of Exhibit 8 to the Lee Deposition.

        13.    Attached hereto as Exhibit K is a true and correct copy of Exhibit 13 to the Lee Deposition.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 12, 2013, at San Francisco, California.

*/s/ Achyut J. Phadke*
Achyut J. Phadke