1  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
2  ACHYUT J. PHADKE (State Bar No. 261567)
   achyut.phadke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
6
   Attorneys for Defendants CORINTHIAN
7  COLLEGES, INC., DAVID MOORE,
   JACK D. MASSIMINO
8

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>Plaintiffs,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Defendants. | Case No. CV 07-01984 PSG (MANx)<br><br>**DECLARATION OF ACHYUT J. PHADKE IN SUPPORT OF SCHOOL DEFENDANTS' EX PARTE APPLICATION TO USE ELECTRONIC EQUIPMENT AT HEARING ON RULE 12(B)(1) MOTION TO DISMISS**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 880 |
|---|---|---|

20265559.1

DECLARATION OF ACHYUT J. PHADKE IN SUPPORT OF SCHOOL DEFENDANTS' EX PARTE
APPLICATION ~ CV 07-01984 PSG (MANX)

I, Achyut J. Phadke, hereby declare:

1. I am an attorney in the law firm of Munger, Tolles & Olson, LLP, counsel of record for Defendants Corinthian Colleges Inc., David Moore and Jack D. Massimino (the "School Defendants"). I am an attorney duly admitted to practice in the State of California and before this Court in the above-captioned matter. I have personal knowledge of the matters set forth herein and if called upon to do so, I could and would testify competently thereto under oath.

2. On March 5, 2013, and March 6, 2013, I sent e-mail correspondence to counsel to Relators in this action stating that the School Defendants intended to present video from the depositions of Relators at the March 11, 2013 hearing on the School Defendants' Rule 12(b)(1) motion to dismiss. I asked Relators' counsel to stipulate to the use of electronic equipment at the March 11, 2013 hearing as necessary to present video from Relators' depositions. True and correct copies of the March 5, 2013 and March 6, 2013 emails I sent to Relators' counsel are attached as **Exhibit A** and **Exhibit B** hereto.

3. On March 6, 2013, counsel to Relators informed me by e-mail that Relators would not stipulate to allowing the use of electronic equipment at the March 11, 2013 hearing. I informed Relators' counsel that the School Defendants would apply ex parte for leave from the Court to use electronic equipment at the hearing. A true and correct copy of my e-mail correspondence with Relators' counsel dated March 6, 2013, is attached as **Exhibit C** hereto.

4. Counsel to Defendant Ernst & Young LLP informed me by telephone on March 6, 2013, that it consented to the School Defendants' request to use electronic equipment at the March 11, 2013 hearing.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

20265559.1

- 1 -

DECLARATION OF ACHYUT J. PHADKE IN SUPPORT OF SCHOOL DEFENDANTS' EX PARTE APPLICATION ~ CV 07-01984 PSG (MANX)

Executed on March 6, 2013, at San Francisco, California.

*/s/ Achyut J. Phadke*
Achyut J. Phadke