# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 07-1984-PSG (MANx) | Date: | March 11, 2013 |
|---|---|---|---|
| Title: | UNITED STATES OF AMERICA, EX REL., ET AL -VS- CORINTHIAN COLLEGES, ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Linda Williams | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Scott Levy

Attorneys Present for Defendants:

Blanca Fromm Young
Ryan Hassanein
Robert Hubbell
Achyut J. Padke

Proceedings: **DEFENDANTS CORINTHIAN COLLEGES, INC., DAVID MOORE, AND JACK D. MASSIMINO'S MOTION AND RULE 12(B)(1) MOTION TO DISMISS FILED 01-14-13 (DOC. 150)**

**DEFENDANTS ERNST & YOUNG LLP'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION FILED 01-14-13 (DOC. 154) & REQUEST FOR JUDICIAL NOTICE FILED 01-14-13 (DOC.156, 157)**

Case called. The Court having considered all papers submitted in support of and in opposition to the Motions reference above, and oral argument presented this date, the Court takes the motions Under Submission. A ruling will be issued after full consideration of the submitted pleadings.

00 : 44

Initials of Preparer:  ljw