BLANCA F. YOUNG (State Bar No. 217533)
Blanca.Young@mto.com
ACHYUT J. PHADKE (State Bar No. 261567)
Achyut.Phadke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants
Corinthian Colleges Inc., David Moore, and
Jack D. Massimino

E-FILED 04/11/13
CLOSED

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORINTHIAN COLLEGES INC., et al.,<br><br>　　　　　Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge:  Honorable Philip S. Gutierrez<br>Courtroom:  880 |

1  This action having come before the Court, The Honorable Philip S.
2  Gutierrez, District Judge, presiding, and the issues having been duly heard and a
3  decision having been duly rendered,
4  It is ORDERED AND ADJUDGED that Plaintiffs take nothing and
5  that the action be dismissed with prejudice.
6  Dated at Los Angeles, California, this __11th_____ day of
7  April, 2013.

PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Judge

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:   */s/ Achyut J. Phadke*
      ACHYUT J. PHADKE

Attorneys for Defendants
CORINTHIAN COLLEGES, INC.,
DAVID MOORE, AND JACK D.
MASSIMINO