BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
ACHYUT J. PHADKE (State Bar No. 261567)
achyut.phadke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendants CORINTHIAN
COLLEGES, INC., DAVID MOORE, and
JACK D. MASSIMINO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>  Defendants. | Case No. CV 07-01984 PSG (MANx)<br><br>**DEFENDANTS CORINTHIAN COLLEGES, INC., DAVID MOORE, AND JACK D. MASSIMINO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS AND ATTORNEYS' FEES**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom:  880<br>Date:  June 13, 2013<br>Time: 1:30 p.m. |

Defendants Corinthian Colleges, Inc., David Moore, and Jack D. Massimino (the "School Defendants") respectfully request that the Court take judicial notice of Exhibits 1 and 2 hereto in connection with the School Defendants' Motion for Sanctions and Attorneys' Fees.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of a fact "not subject to reasonable dispute [if] it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  The Court may take judicial notice of the matters below.

1. **Court Orders In Other *Qui Tam* Cases**

*First,* the School Defendants request that the Court take judicial notice of the court order listed below as Exhibit 2 for the purpose of establishing that settlement amounts and relators' awards and attorneys' fees in a previous *qui tam* action against another career college were publicly disclosed.  Exhibit 2 is a publicly filed document in court proceedings involving substantially similar allegations to the claims in this action.  It is available on PACER.  The Court may take judicial notice of pleadings and papers with other courts in related proceedings.  *See Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364; *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *Kuan v. U.S. Customs Serv.*, No. CV 08-1980-DDP, 2009 WL 6340016, at *1 n.3 (C.D. Cal. Dec. 16, 2009) ("The Court may take judicial notice of matters of public record, including court records in a related proceeding."); *In re Edward Jones Holders Litig.*, 453 F. Supp. 2d 1210, 1217 n.8 (C.D. Cal. 2006) (judicial notice of related proceedings).

2. **Statements on Attorneys' Public Biographical Websites**

*Second*, the School Defendants request the Court to take judicial notice of statements in Relators' counsel's publicly available biographical website, a copy of which is attached as Exhibit 1 hereto.  The fact that Relators' counsel's public website contains specific descriptions of counsel's experience can be accurately and

readily determined and therefore is judicially noticeable. *See, e.g.*, *In re Dykstra*, 2012 WL 2131848, at *8 & n. 39 (C.D. Cal. June 12, 2012) (taking judicial notice of law firm web biography of law firm partner); *Gerber v. Riordan*, 2012 WL 366543, at *9 (N.D. Ohio 2012) (taking judicial notice of biographical page of law professor on law school website); *see also, e.g.*, *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (taking judicial notice of Amazon.com web pages for books authored by plaintiff's physician).

| Exhibit | Description |
|---|---|
| 1 | Biography of Scott D. Levy, http://www.kilburnlaw.com/attorneys/scott-d-levy/ (visited April 13, 2013) |
| 2 | Order of Dismissal, *U.S. ex rel. Hendow v. Univ. of Phoenix*, No. S-03-0457 GEB DAD (E.D. Cal. Dec. 17, 2009) |

Respectfully submitted,

DATED: April 18, 2013

MUNGER, TOLLES & OLSON LLP
Blanca F. Young
Achyut J. Phadke

By:     */s/ Achyut J. Phadke*
ACHYUT J. PHADKE

Attorneys for Defendants
CORINTHIAN COLLEGES, INC.,
DAVID MOORE, and JACK D. MASSIMINO