ROBERT B. HUBBELL (BAR NO. 100904)
RHubbell@mofo.com
RYAN W. BORHO (BAR NO. 275484)
RBorho@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RYAN G. HASSANEIN (BAR NO. 221146)
RHassanein@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-6606
Facsimile: (415) 268-7522

Attorneys for Defendant
ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES INC., et al.<br><br>Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>**DECLARATION OF TIMOTHY J. HATCH IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S MOTION FOR ATTORNEYS' FEES AND SANCTIONS**<br><br>[Defendant Ernst & Young LLP's Notice Of Motion And Motion For Attorneys' Fees and Sanctions, Declaration of Ryan G. Hassanein, and [Proposed] Order filed concurrently herewith]<br><br>Date: June 10, 2013<br>Time: 1:30 p.m.<br>Ctrm: 880<br>Judge: Hon. Philip S. Gutierrez |

**EXHIBIT B FILED UNDER SEAL FOR IN CAMERA REVIEW**

**PUBLIC VERSION**

I, TIMOTHY J. HATCH, hereby state and declare as follows:

1. I am an attorney licensed to practice before this Court and am a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Defendant Ernst & Young LLP ("EY") in this matter from July 2, 2009 through June 25, 2012.

2. I submit this declaration in support of EY's Motion for Attorneys' Fees and Sanctions. I make this declaration based on personal knowledge and based on information provided to me by my colleagues at Gibson Dunn.

3. Gibson Dunn is an internationally recognized law firm with over 1,000 lawyers in 18 offices. The firm has twice won *American Lawyer's* Litigation Department of the Year Award. Gibson Dunn regularly acts as lead counsel in federal and state litigation across the country, including representing clients in high-profile disputes arising under the False Claims Act.

4. It is my understanding that EY seeks compensation from Relators' counsel, Scott Levy ("Relators' Counsel"), for the attorneys' fees and expenses it incurred between the unsealing of the original complaint on February 25, 2009, through March 15, 2013, the date of the Court's order granting EY's jurisdictional motion. Gibson Dunn attorneys billed EY for services on this matter from June 24, 2009 to June 25, 2012. Attached hereto as **Exhibit A** is a summary chart accurately representing the hours worked and billing rates of Gibson Dunn attorneys who charged EY in this matter from June 24, 2009 through June 25, 2012. The summary has been prepared based on Gibson Dunn's billing invoices submitted to and paid by EY during this matter.

5. Attached as **Exhibit B** is a compilation of all billing entries for work done on this matter from June 24, 2009 through June 25, 2012 by Gibson Dunn attorneys for which EY seeks compensation from Relators' Counsel. The compilation has been prepared based on Gibson Dunn's billing invoices submitted to and paid by EY during this matter.

6. Gibson Dunn charged EY **$253,850.34** in attorneys' fees and expenses from June 24, 2009 through June 25, 2012. As set forth in Exhibits A and B attached hereto, Gibson Dunn billed EY in the following amounts:

    a. $178,441.34 in attorneys' fees (290.7 attorney hours) were charged to EY at Gibson Dunn's hourly rates. These fees were calculated by multiplying actual hours spent by each attorney on this case by the billing rate for that attorney actually charged to EY at the time the work was performed. A portion of these fees were discounted pursuant to an agreement with EY.

    b. $73,268.82 (116.2 attorney hours) was charged to EY under a fixed-fee agreement. The amount charged to EY under the fixed-fee agreement represents a lower fee than if Gibson Dunn had billed EY under its hourly rates for that time period.

    c. $2,140.18 in legal research fees were reasonably and necessarily incurred by Gibson Dunn and charged to EY in this matter.

7. As reflected in Exhibits A and B attached hereto, the following Gibson Dunn attorneys billed time to this matter:

    a. I billed time to this matter from 2009 to 2012. I graduated from the University of Wisconsin Law School in 1980. I am a partner with Gibson Dunn and joined the firm in 1987. In that capacity I have been involved in numerous actions brought pursuant to the False Claims Act, both by the Department of Justice and by *qui tam* relators, against an array of recipients of government funding, including government contractors, health care providers and educational institutions. I billed time to this matter at hourly rates ranging from $790 to $900.

    b. James L. Zelenay, Jr., a Gibson Dunn associate, billed time to this matter from 2009 to 2012. He graduated from Harvard Law School

in 2004. Prior to joining Gibson Dunn, Mr. Zelenay served as a law clerk to the Honorable Nora M. Manella in the United States District Court for the Central District of California. He has substantial experience with the False Claims Act and whistleblower litigation, where he has represented educational institutions, pharmaceutical companies, and accounting firms, among other clients. The hourly rates he billed on this matter ranged from $465 to $607.

c. Douglas R. Cox, a Gibson Dunn partner, billed time to this matter in 2011 and 2012. He graduated from Harvard Law School in 1980. Mr. Cox frequently represents accounting firms in a variety of matters, including matters involving the SEC and PCAOB. In 2005, Chief Justice Rehnquist appointed Mr. Cox to serve as a member of the Judicial Conference Standing Committee on Rules of Practice and Procedure. In 2008 he was reappointed by Chief Justice Roberts, and he completed his service in 2011. He billed time on this matter at the rate of $876 per hour.

d. Adam L. Yarian, a Gibson Dunn associate, billed time to this matter in 2011 and 2012. He graduated from the University of Chicago Law School in 2011. He billed time on this matter at the rate of $349 per hour.

e. Lucas C. Townsend, a Gibson Dunn associate, billed time to this matter in 2011. He graduated from the Seton Hall University School of Law in 2004. Prior to joining Gibson Dunn, Mr. Townsend served as a judicial clerk to the Honorable Samuel A. Alito, Jr. of the Supreme Court of the United States, the Honorable Maryanne Trump Barry of the United States Court of Appeals for the Third Circuit and the Honorable Harold A. Ackerman of the

United States District Court for the District of New Jersey. Mr. Townsend also served as an Attorney Adviser in the United States Department of Justice, National Security Division, from 2007 to 2009. He billed a limited amount of time on this matter (14.75 hours) at the rate of $500 per hour.

 f. Jeremy S. Ochsenbein, a Gibson Dunn associate, billed time to this matter in 2011. He graduated from the Duke University School of Law in 2009. He billed a limited amount of time on this matter (5.3 hours) at the rate of $403 per hour.

 g. Robert B. Hubbell, a former Gibson Dunn partner, billed time to this matter in 2010. He graduated from Loyola Law School in 1978 and then served as a law clerk to the Honorable Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit. Mr. Hubbell has more than 20 years of experience defending accountants' liability cases. He billed a very limited amount of time on this matter (.2 of an hour) at the rate of $795 per hour.

 8. As a partner at Gibson Dunn, I am familiar with the billing rates of attorneys both at Gibson Dunn's Los Angeles office and throughout the firm. In handling litigation disputes for its clients, Gibson Dunn strives to offer rates competitive with the rates at peer firms specializing in complex commercial litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on April 24, 2013.

_____
Timothy J. Hatch