**DENIED BY ORDER OF THE COURT.**

E-FILED 04/29/13

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES INC., DAVID MOORE, JACK MASSIMINO, AND ERNST & YOUNG LLP,<br><br>Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>[PROPOSED] ORDER<br><br>Place: Courtroom 880<br>Judge: Hon. Philip S. Gutierrez |

Relators Nyoka Lee and Talala Mshuja have filed an application requesting the Court to defer ruling on the Defendants' motions for sanctions and for costs now pending. Good cause has been shown to defer ruling on the motions for sanctions and for costs filed by the Defendants pending decision on the merits of the appeal by the U.S. Court of Appeals for the Ninth Circuit.

**IT IS HEREBY ORDERED** that

1. Briefing and ruling on the motions for sanctions and for costs filed by Defendants shall be deferring until the Ninth Circuit rules on the merits of the Relators' appeal.

    GRANTED        DENIED

2. Defendants' motions for sanctions and for costs are denied without prejudice to refiling after the Ninth Circuit rules on the merits of the Relators' appeal.

GRANTED          DENIED

3.

DATE: 4/29/13

DENIED
_____
The Honorable Philip S. Gutierrez
United States Magistrate Judge

Submitted by:

Scott D. Levy & Associates PC


By: _____// SDL // _____
        SCOTT D. LEVY

ATTORNEY FOR RELATORS
NYOKA LEE AND TALALA MSHUJA