```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA070892
Cashier ID: cmcash
Transaction Date: 05/14/2013
Payer Name: EL CLASIFICADO
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: EL CLASIFICADO
 Case/Party: D-CAC-2-07-CV-001984-001
 Amount:         $455.00
--------------------------------
CHECK
 Check/Money Order Num: 12394
 Amt Tendered:   $455.00
--------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```