BLANCA F. YOUNG (State Bar No. 217533)
Blanca.Young@mto.com
ACHYUT J. PHADKE (State Bar No. 261567)
Achyut.Phadke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
Corinthian Colleges Inc., David Moore, and
Jack D. Massimino

E-FILED 06/14/13
closed

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. NYOKA LEE and TALALA MSHUJA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORINTHIAN COLLEGES INC., et al.,<br><br>　　　　　Defendants. | CASE NO. CV 07-01984 PSG (MANx)<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

1    This action came before the Court, the Honorable Philip S. Gutierrez, District
2 Judge, presiding.  All issues have been submitted in this matter and a decision has
3 been duly rendered.
4    On April 11, 2013, the Court entered Final Judgment in this action.  (Dkt.
5 No. 230.)  On June 6, 2013, the Court entered an Order denying Defendants'
6 motions for costs, and granting Defendants' motions for attorneys' fees and
7 sanctions.  (Dkt. No. 275.)  The Court finds it appropriate to amend its Final
8 Judgment to include the Court's final disposition of Defendants' motions for
9 attorneys' fees and sanctions.
10    Accordingly, it is ORDERED AND ADJUDGED that the Final Judgment,
11 entered on April 11, 2013, is amended as follows:
12    1.   Plaintiffs take nothing and that the action be dismissed with prejudice.
13    2.   The sum of $984,457.50 in attorneys' fees and sanctions is awarded to
14 Corinthian Colleges, Inc., David Moore, and Jack D. Massimino.  The sum of
15 $497,804.33 in attorneys' fees and sanctions is awarded to Ernst and Young LLP.
16 These sums shall be paid by Plaintiffs' counsel, Scott D. Levy, and the firm of Scott
17 D. Levy & Associates P.C.
18    3.   Each party shall bear its own costs.
19    Dated at Los Angeles, California, this ___14th_____ day of June, 2013.

                          **PHILIP S. GUTIERREZ**
                          _____
                               Philip S. Gutierrez
                            United States District Judge

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP


By:   */s/ Achyut J. Phadke*
      ACHYUT J. PHADKE

Attorneys for Defendants
CORINTHIAN COLLEGES, INC.,
DAVID MOORE, AND JACK D.
MASSIMINO